IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JACOB DAVIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:19-cv-0463-K |
| | § | |
| CITY OF ALVARADO, CITY OF | § | |
| ALVARADO POLICE DEPARTMENT, | § | |
| BRAD ANDERSON, OFFICER | § | |
| MATTHEW DILL, and OFFICE | § | |
| SOLOMON OMOTOYA, | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Plaintiff filed Objections on December 17, 2019 (Doc. No. 40). The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Plaintiff's Objections are **OVERRULED.**

Defendants' Second Motion & Brief to Dismiss (Doc. No. 21), is **GRANTED**, and this case is **DISMISSED** with prejudice.

Further, Plaintiff's Objections to Magistrate's Order (ECF. 39,), denying his Amended Motion to Amend Third Amended Complaint is **OVERRULED**, and Magistrate Judge Toliver's Order (Doc. No. 39), is affirmed in all respects.

SO ORDERED.

Signed December 18th, 2019.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE